IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01766-RBJ-MJW

SANDRA L. COUNTRYMAN,

Plaintiff(s),

v.

THE PARK NURSERY, INC., a Colorado corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Complaint (docket no. 14) is GRANTED finding good cause shown and finding that the requirements of Fed. R. Civ. P. 15(a) have been met.  The Plaintiff's First Amended Complaint and Jury Demand (docket no. 15) is accepted for filing as of the date of this minute order.

Date:  December 1, 2011